No. 1176. PEOPLE, APPELLEE, *v.* MAISONET, APPELLANT.—Adulteration of Milk. San Juan, Section 2. June 29, 1917. *Affirmed.*

Nos. 1177, 1778, 1779 and 1780. PEOPLE, APPELLEE, *v.* SILÉN, APPELLANT.—Embezzlement. Ponce. June 29, 1917. *Affirmed.*

No. 197. COMAS ET AL., PETITIONERS, *v.* PENEDO, MUNICIPAL JUDGE OF FAJARDO, RESPONDENT.—Certiorari. July 3, 1917. *Petition denied.*

No. 196. MENA, PETITIONER, *v.* CÓRDOVA DÁVILA ET AL., RESPONDENTS.—Certiorari. July 6, 1917. *Petition denied.*

No. 1113. PEOPLE, APPELLEE, *v.* MATOS ET AL., APPELLANTS.—Murder in First Degree. Ponce. July 9, 1917. *Dismissed as to defendant Domingo Matos on account of his death.*

No. 1693. CARRERO, ETC., ET AL., APPELLEES, *v.* MANDRY ET AL., APPELLANTS.—Action of Debt. San Juan, Section 1. July 9, 1917. *Appeal withdrawn.*

No. 321. VARGAS, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT.—Administrative Appeal. July 9, 1917. *Reversed.*

No. 324. COLLAZO, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT. — Administrative Appeal. July 10, 1917. *Reversed.*